FILED

09 SEP -1 AM 11:27

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80216 MISC VRW

James Gilbert Lea, Jr. - #34427

_____/

**ORDER TO SHOW CAUSE**

It appearing that James Gilbert Lea, Jr. has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:



VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Gilbert Lea, Jr.
Attorney at Law
421 South Sunnyvale Avenue
Sunnyvale, CA 94086-6123